CHARLES W. SMITH, Respondent, *v.* HARRY SALOP, Appellant.

(Argued June 3, 1936; decided July 8, 1936.)

*Daniel Mungall* for appellant.

*Emanuel Richard Jacoby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.